IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| NORTHVOLT AB, *et al.*,[1] | ) Case No. 24-90577 (ARP) |
| Debtors. | ) (Joint Administration Requested) |

**AGENDA FOR FIRST DAY HEARING SCHEDULED FOR
NOVEMBER 21, 2024 AT 4:00 P.M. (PREVAILING CENTRAL TIME)**

Northvolt AB and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby file their *Agenda of Matters Set for Hearing on* **November 21, 2024 at 4:00 p.m.** (prevailing Central Time) before the Honorable United States Bankruptcy Court Judge Alfredo R. P at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 401, 515 Rusk Avenue, Houston, Texas 77002.

I.   **Introduction and Related Documents:**

1. ***Witness and Exhibit List.*** Debtors' Witness and Exhibit List in Support of First Day Motions [Docket No. 41].

2. ***First Day Declaration.*** Declaration of Scott Millar, Senior Managing Director of Teneo, in Support of the Debtors' Chapter 11 Proceedings and First Day Motions [Docket No. 4].

3. ***DIP Declaration – Teneo.*** Declaration of Scott Millar in Support of the Debtors' DIP Motion and Cash Collateral Motion [Docket No. 29].

4. ***DIP Declaration – Rothschild.*** Declaration of Andrew Yearly in Support of the Debtors' DIP Motion and Cash Collateral Motion [Docket No. 28].

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Northvolt.  The location of Debtor Northvolt AB's principal place of business is Alströmergatan N 20, 112 47 Stockholm, Sweden; the Debtors' service address in these chapter 11 cases is Northvolt AB c/o Stretto, Inc. 410 Exchange, Suite 100 Irvine, CA 92602.

1

5. *First Day Hearing Notice.* Notice of Virtual Hearing on First Day Motions [Docket No. 39].

6. *Joint Administration Motion.* Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 16].

7. *Stretto Retention Order.* Order Authorizing the Employment and Retention of Stretto, Inc. Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent [Docket No. 23].

II. **Matters Going Forward.**

1. *Cash Collateral Motion.* Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing Use of the Debtors' Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 26].

2. *DIP Motion.* Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 27].

3. *Cash Management Motion.* Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Maintain Existing Bank Accounts, Business Forms, and Books and Records, and (C) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief [Docket No. 32].

4. *Wages Motion.* Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 13].

   *Revised Proposed Order.* Revised Proposed Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 38]

   *Redline.* Notice of Filing of Redline of Revised Proposed Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 40].

5. *Vendors Motion.* Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Trade Claims, (II) Confirming Administrative Expense Priority of Outstanding Purchase Orders, and (III) Granting Related Relief [Docket No. 19].

6. *Automatic Stay Motion.* Debtors' Emergency Motion for Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, (II) Approving the

Related Form and Manner of Notice, and (III) Granting Related Relief [Docket No. 14].

7. ***Creditor Matrix Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of the 30 Largest Unsecured Creditors and (B) Redact Certain Personally Identifiable Information of Natural Persons, and (C) Serve Certain Parties In Interest by Email, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (III) Granting Related Relief [Docket No. 30].

8. ***Taxes Motion.*** Debtors' Emergency Motion for Entry of an Order Authorizing (I) Debtors To Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions To Honor and Process Related Checks and Transfers [Docket No. 33].

9. ***Utilities Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 21].

10. ***Insurance Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Continue to Pay Certain Brokerage Fees, and (C) Renew, Amend, Supplement, Extend, Purchase, and Enter Into New Insurance Policies and Surety Bonds, and (II) Granting Related Relief [Docket No. 24].

11. ***Schedules and SOFA Extension Motion.*** Debtors' Emergency Motion for Entry of an Order Extending Time to File (A) Schedules and Statements and (B) Rule 2015.3 Financial Reports, (II) Modifying the Requirements of Bankruptcy Local Rule 2015-3, and (III) Granting Related Relief [Docket No. 17].

12. ***Customer Contracts Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations Under Customer Contracts and (B) Obtain New Customer Contracts, and (II) Granting Related Relief [Docket No. 15].

Houston, Texas
Dated: November 21, 2024

*/s/ Charles A. Beckham, Jr.*

| | |
|---|---|
| **HAYNES AND BOONE, LLP** | **KIRKLAND & ELLIS LLP** |
| Charles A. Beckham, Jr. (TX Bar No. 02016600) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Kelli S. Norfleet (TX Bar No. 24070678 ) | Edward O. Sassower, P.C. |
| David Trausch (TX Bar No. 24113513) | Christopher T. Greco, P.C. (*pro hac vice* pending) |
| Re'Necia Sherald (TX Bar No. 24121543) | Ciara Foster (*pro hac vice* pending) |
| 1221 McKinney Street, Suite 4000 | 601 Lexington Avenue |
| Houston, TX  77010 | New York, New York 10022 |
| Telephone: (713) 547-2000 | Telephone: (212) 446-4800 |
| Facsimile: (713) 547-2600 | Facsimile: (212) 446-4900 |
| Email: charles.beckham@haynesboone.com | Email: edward.sassower@kirkland.com |
|   kelli.norfleet@haynesboone.com |   christopher.greco@kirkland.com |
|   david.trausch@haynesboone.com |   ciara.foster@kirkland.com |
|   renecia.sherald@haynesboone.com | |

-and-

John R. Luze (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: john.luze@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that, on November 21, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.  Additionally, the foregoing document will be served as set forth in a forthcoming affidavit filed by the Debtors' proposed claims agent.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.