**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHVOLT AB, *et al.*,[1] | ) | Case No. 24-90577 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**STIPULATION AND AGREED ORDER EXTENDING THE DEBTORS'**
**DEADLINE TO COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and

the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee" and,

together with the Debtors, the "Parties") by and through their authorized representatives, hereby

stipulate and agree as follows (the "Stipulation"):

**Recitals**

WHEREAS, on November 21, 2024 (the "Petition Date"), (a) each Debtor filed a voluntary

petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")

in the United States Bankruptcy Court for the Southern District of Texas (the "Court"); (b) the

Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders*

*(I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Maintain*

*Existing Bank Accounts, Business Forms, and Books and Records, and (C) Continue Intercompany*

*Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany*

*Transactions, and (III) Granting Related Relief* [Docket No. 32] (the "Cash Management

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Northvolt.  The location of Debtor Northvolt AB's principal place of business is Alströmergatan N 20, 112 47 Stockholm, Sweden; the Debtors' service address in these chapter 11 cases is Northvolt AB c/o Stretto, Inc. 410 Exchange, Suite 100, Irvine, CA 92602.  "Northvolt" refers to Northvolt AB together with its Debtor and non-Debtor affiliates.

Motion"); and (c) the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Maintain Existing Bank Accounts, Business Forms, and Books and Records, and (C) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (III) Granting Related Relief* [Docket No. 59] (the "Interim Cash Management Order").[2]

WHEREAS, the Interim Cash Management Order requires the Debtors to come into compliance with section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines within forty-five days from the date of entry of the Interim Cash Management Order (such forty-five day period, the "Initial Extension Period"), but allows the Debtors to obtain a further extension of the Initial Extension Period by written stipulation with the U.S. Trustee filed on the Court's docket and without the need for further Court order.  *See* Interim Cash Management Order ¶ 15.

WHEREAS, on December 17, 2024, the Court entered the *Stipulation and Agreed Order Extending the Debtors' Deadline to Comply with Section 345(B) of the Bankruptcy Code* [Docket No. 163], which extended the Initial Extension Period for thirty days from the expiration of the Initial Extension Period to come into compliance with section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines, through and including February 5, 2025 (the "Second Extension Period"), without prejudice to the Debtors right to seek further extensions in accordance with the terms of the Interim Cash Management Order or applicable law.

WHEREAS, the Parties have agreed to extend the Second Extension Period for thirty days from the expiration of the Second Extension Period on the terms set forth herein.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Interim Cash Management Order.

**<u>Stipulation and Agreed Order</u>**

1.        The Parties have agreed that the Debtors shall have thirty days from the expiration of the Second Extension Period to come into compliance with section 345(b) of the Bankruptcy Code and the U.S. Trustee Guidelines, through and including March 7, 2025 (the "<u>Third Extension Period</u>," and together with the Initial Extension Period and the Second Extension Period, the "<u>Extension Periods</u>"), without prejudice to the Debtors right to seek further extensions in accordance with the terms of the Interim Cash Management Order or applicable law.

2.        For the avoidance of doubt, unless otherwise noted in this Stipulation, the terms and conditions set forth in the Interim Cash Management Order are unaffected by the entry of this Stipulation; *provided* that in the event the extension granted through this Stipulation lapses for any reason, the Debtors shall file and serve a notice of hearing with respect to the relief requested in the Cash Management Motion, which notice shall establish an objection deadline no later than seven days prior to such hearing and such objection deadline may be extended through an agreement between the Debtors and any objecting party (email being sufficient) without the need for any filing with the Court; *provided further* that at such hearing, the Debtors shall be permitted to request either (a) an extension to come in compliance with section 345(b) of the Bankruptcy Code or (b) a full waiver of the depository requirements set forth in section 345(b) of the Bankruptcy Code.

3.        All time periods set forth in this Stipulation shall be calculated in accordance with Bankruptcy Rule 9006(a).

4.        This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Houston, Texas
Dated: _____, 2025

_____
Alfredo R. Pérez
United States Bankruptcy Judge

Houston, Texas
Dated:  January 28, 2025

*/s/  Charles A. Beckham, Jr.*

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX Bar No. 02010660)
Kelli S. Norfleet (TX Bar No. 24070678)
David Trausch (TX Bar No. 24113513)
Re'Necia Sherald (TX Bar No. 24121543)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone:      (713) 547-2000
Facsimile:      (713) 547-2600
Email:          charles.beckham@haynesboone.com
                kelli.norfleet@haynesboone.com
                david.trausch@haynesboone.com
                renecia.sherald@haynesboone.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                christopher.greco@kirkland.com
                ciara.foster@kirkland.com

-and-

John R. Luze (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          john.luze@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

*Co-Counsel for the Debtors*
*and Debtors in Possession*

-and-

*/s/ Alicia Barcomb*

Alicia Barcomb (Texas Bar #24106276)
515 Rusk Avenue, Suite 3516
Houston, Texas 77002
Telephone:      (713) 718-4650
Facsimile:      (713) 718-4670
Email:          alicia.barcomb@usdoj.gov

*Counsel for U.S. Trustee for the Southern District of*
*Texas*

## **Certificate of Service**

I certify that on January 28, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.